IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AARON HAMILTON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4945

_____/

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

Aaron Hamilton, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Kenneth S. Steely, General Counsel; and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., WETHERELL and BILBREY, JJ., CONCUR.